Backbella v. State .................... 19528
Carniola Realty Co. v. Kausek et...... 19548
Carr v. Buckeye Dairy Co............. 19545
Cleve. Cinn. Chic. & St. L. R. R. v. Pub. Util. Comm. ..................... 19542
Columb. Del. & Marion Elect. Co. v. Pub. Util. Comm. ..................... 19538
Cuyahoga Towel Co. v. Fodor ......... 19537
Detroit, Tol. & I. R. v. Kissell Produce Co. ............................. 19544
Detroit, Tol. & I. R. v. Zuber .......... 19533
Eckfeld v. State ...................... 19541
Duncan v. Buckeye Dairy Co. .........∴ 19547
Helwig v. Warren State Bank.......... 19527
Martin v. Steinke ................... 19431
Menke v. Jackson et ................ 19536
Ohio Bell Tele. Co. v. Cannamo....... 19535
Rogers v. Beck et.................... 19539
Shockey v. Thornburg Sales Co........ 19530
State ex v. Thistle Down Jockey Club.. 19549
St. Clairsville Bank v. Denham et...... 19543
Steen v. Buckeye Dairy Co. .......... 19546
United States v. State ............... 19534
Variety Iron & St. Co. v. Novak et.... 19532
Walker v. Henry Johnson Trans. Co.... 19540
Webb et v. Western Reserve Bond & Share Co. et ..................... 19529

### JAN. 2, 1926

19527—W. W. Helwig v. Warren State Bank; motion for Trumbull Appeals to certify. Harrington, DeFord, Huxley & Smith, Youngstown, for pltf; Guarnieri & McVicker, Warren, for deft.

19528—Mike Backbella v. State of Ohio; motion for leave to file petition in error to Belmont Appeals. N. K. Kennon, St. Clairsville, for pltf; H. W. Mitchell, St. Clairsville, for deft.

### JAN. 4, 1926

19529—Abner G. Webb, et al v. Western Reserve Bond & Share Co., et al; motion for Trumbull Appeals to certify. MacQueen and Giffen, Niles and Snyder, Henry, Ford & Seagraves, Cleveland, for pltf; Tolles, Hogsett, Ginn & Morley, Cleveland, for deft.

19530—John M. Shockey v. Thornburg Sales Co.; motion for Wood Appeals to certify. B. F. James, Bowling Green, for pltf; Edward M. Fries, Bowling Green, for deft.

### JAN. 5, 1926

19531—Edgar G. Martin v. Carl R. Steinke; motion for Summit Appeals to certify. Burch, Bacon & Denlinger; Wilcox, Berk, Berk & Harvey, Akron, for pltf; Musser, Kimber & Huffman, Akron, for deft.

19532—Variety Iron & Steel Works Co. v. Esther Novak et al; motion for Cuyahoga Appeals to certify. Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for pltf; Payer, Winch, Minshall & Karch; Squire, Sanders & Dempsey, Cleveland, for deft.

19533—Detroit, Toledo & Ironton R. R. Co. v. Philip Zuber; motion for Putnam Appeals to certify. J. P. Leasure, Ottawa; Clifford B. Longley, Edgar J. Matz, Detroit, Mich., for pltf; A. A. Slaybaugh, Ottawa, for deft.

19534—United State of America v. State of Ohio ex rel John G. Price et al; motion for Franklin Appeals to certify. Haveth E. Mau, John H. Matthews, Columbus; Arthur M. Boal, Washington, D. C., for pltf; C. C. Crabbe, C. S. Younger, W. E. Benoy, Columbus, for deft.

19535—Ohio Bell Telephone Co. v. Domenico Cennamo et; motion for Franklin Appeals to certify. Henderson & Burr, R. H. Treffinger, Columbus, for pltf; Wilson & Rector, Columbus, for deft.

### JAN. 6, 1916

19536—Elfie C. Menke v. Oliver D. Jackson, Geo. J. Basel and Herman Bohling; motion for Cuyahoga Appeals to certify. A. L. Bishop, Cleveland, for pltf.

### JAN. 7, 1926

19537—Cuyahoga Towel Supply & Laundry Co. v. Betty Fodor et al; motion for Cuyahoga Appeals to certify. Paul Howland, Cleveland, for pltf; Payer, Winch, Minshall & Karch; Squire, Sanders & Dempsey, Cleveland, for deft.

19538—Columbus, Delaware & Marion Electric Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Wm. P. Maloney, Marion, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19539—George E. Rogers v. Walter B. Beck et al; motion for Wood Appeals to certify. S. W. Bowman, Bowling Green, for pltf; H. A. Kesler, Toledo, for deft.

### JAN. 8, 1926

19540—W. E. Walker v. Henry Johnson Transportation Co; motion for Butler Appeals to certify. C. D. Boyd, Middleton, for pltf; J. A. Christ, Middleton, for deft.

19541—Fred Eckfeld as City Auditor of the City of Wellsville, v. State of Ohio ex rel Jesse W. Stone; motion for Columbiana Appeals to certify. Geo. D. Ingram, Wellsville, for pltf; W. A. O'Grady, Wellsville, for deft.

19542—Cleveland, Cincinnati, Chicago and St. Louis Railroad Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. C. P. Stewart, Cincinnati, and Wilson & Rector, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19543—Second National Bank of St. Clairsville v. Joseph H. Denham and Louis Denham; motion for Belmont Appeals to certify. A. W. Kennon, St. Clairsville, for pltf; G. Kinder, Martins Ferry, for defts.

### JAN. 9, 1926

19544—Detroit, Toledo & Ironton Railroad Co., a Delaware Corporation v. Kissell Produce Co.; motion for Henry Appeals to certify. C. B. Longley, E. E. Juntunen, Detroit, Michigan, for pltf; Geo. A. Meekison, Napoleon, for deft.

19545—E. T. Carr v. Buckeye Dairy Co; motion for Wood Appeals to certify. Riegel, Riegle & Cheney, Bowling Green, for pltf.; E. M. Fries, Bowling Green, for deft.